# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DENNIS MARKER,

        Plaintiff,

vs..

EDDIE JENKINS, et al,

        Defendants.
_____/

CIVIL NO. 05-CV-72672

HONORABLE NANCY G. EDMUNDS

MAGISTRATE JUDGE MONA K. MAJZOUB

## ORDER SATISFYING ORDER TO SHOW CAUSE

    Plaintiff having been ordered to show cause why this case should not be dismissed for lack of diligent prosecution pursuant to E. D. Mich L.R. 41.2 and having received Defendant's Answer and being fully advised in the premises;

    **IT IS HEREBY ORDERED** that the Order to Show Cause is satisfied and that no further submissions are required at this time.

Dated: 03/06/06

s/ Mona K. Majzoub
MONA K. MAJZOUB
United States Magistrate Judge

## Proof of Service

    I hereby certify that a copy of this Order was served upon Dennis Marker and Counsel of Record on this date.

Dated: 03/06/06

s/ Lisa C. Bartlett
Courtroom Deputy