UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dennis Marker,

       Plaintiff,                       Case No. 05-72672

v.                                        Hon. Nancy G. Edmunds

Eddie Jenkins, et. al.,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant Eddie Jenkins, M.D.'s motion for summary judgment under F.R.C.P. 56 [#42], and Defendant Robbie Pairolero's joinder and concurrence with Defendant Eddie Jenkins, M.D.'s motion for summary judgment under F.R.C.P. 56 [#43] are hereby GRANTED, that Defendants' pending discovery motions [#39, #40] are hereby DENIED AS MOOT, and that the case is hereby DISMISSED.

       SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated:  December 12, 2006

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2006, by electronic and/or ordinary mail.

                                       s/Carol A. Hemeyer
                                       Case Manager